IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CARLOS RUBIO; MARTA RUBIO,           )
                                     )
            Plaintiffs,              )    2:09-cv-01743-GEB-EFB
                                     )
      v.                             )    ORDER*
                                     )
AURORA LOAN SERVICES, LLC;           )
BROOKSAMERICA MORTGAGE CORPORATION;  )
ONE WEST BANK GROUP, LLC;            )
MORTGAGEIT, INC.; WAUSAU MORTGAGE    )
CORPORATION; JP MORGAN CHASE BANK;   )
WELLS FARGO BANK, NA,                )
                                     )
            Defendants.              )
                                     )
```

On September 2, 2009 an order was filed granting Defendant MortgageIt, Inc's motion to dismiss all of Plaintiffs' claims. The order also granted Plaintiffs leave to amend their complaint within ten days of the date on which the order was filed. Since the operative complaint has been dismissed, Defendant JP Morgan Chase Bank's motion to dismiss filed on July 13, 2009 (Docket No. 17), Defendant Wells Fargo Bank, N.A.'s motion to dismiss filed on July 30, 2009 (Docket No. 29), and Defendant One West Bank Group, LLC's motion

---

\* This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1  to dismiss filed on August 21, 2009 (Docket No. 41) are denied as
2  moot.

3  Dated:  September 2, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge