AKERMAN SENTERFITT LLP
DONALD M. SCOTTEN (SBN 190532)
Email: donald.scotten@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

AKERMAN SENTERFITT LLP
JUSTIN D. BALSER (SBN 213478)
Email: justin.balser@akerman.com
The Kittredge Building
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CARLOS RUBIO, an individual, MARTA RUBIO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, et al.,<br><br>Defendants. | Case No. 2:09-cv-01743<br>Hon. Garland E. Burrell, Jr.<br><br>**STIPULATION FOR EXTENSION OF TIME FOR AURORA LOAN SERVICES LLC TO RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Filed: May 13, 2009<br>Trial Date: None |
|---|---|

**TO THE COURT AND THE PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs Carlos Rubio and Marta Rubio (**plaintiffs**) and defendant Aurora Loan Services LLC (**Aurora**) stipulate as follows:

**WHEREAS**, plaintiffs filed their complaint on May 13, 2009;

**WHEREAS**, plaintiff served Aurora with the complaint on May 20, 2009;

**WHEREAS**, Aurora has not yet appeared in this action;

{DN009040;1}    1

**STIPULATION FOR EXTENSION TO FILE RESPONSE TO COMPLAINT**
*CASE NO. 09-CV-01743*

**WHEREAS**, a piece of real property which is the subject of this action, located at 102 Crestwood Lane in American Canyon, California (the **property**), has been sold at a trustee's sale, the validity of which plaintiffs challenge in this action;

**WHEREAS**, plaintiffs intend to file a first amended complaint within the time allowed them by the Court's Order dated September 1, 2009;

**WHEREAS**, Aurora is willing to forbear taking any action to evict plaintiffs from the property until conclusion of this litigation between Aurora and the plaintiffs in the District Court concerning this case;

**THEREFORE**, the parties request that this Court order that Aurora be excused from responding to the complaint dated May 13, 2009, but that Aurora be required to respond to the plaintiffs' forthcoming amended complaint within the time allowed under Fed. R. Civ. P. 15(a)(3), and that Aurora forbear from evicting plaintiffs before proceedings in this District Court conclude.

**SO STIPULATED**.

Dated: September 15, 2009			Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: */s/ Justin D. Balser*
	Justin D. Balser
Attorney for Defendant
AURORA LOAN SERVICES LLC

**HENDRICKSON LEGAL SERVICES**

By: */s/ John Hendrickson\**
	John Hendrickson
Attorney for Plaintiffs
CARLOS RUBIO and MARTA RUBIO
*\*e-signature approved via email on September 10, 2009*

# ORDER

**The parties'** above-stipulation provides that Aurora Loan Services LLC shall answer or otherwise respond to the first amended complaint as required under Fed. R. Civ. P. 15(a)(3) and shall forbear from taking action to evict the plaintiffs from the property at 102 Crestwood Lane in American Canyon, California, during the pendency of this action in this District Court.

IT IS SO ORDERED.

Dated: 9/15/09

Garland E Burrell, Jr.
United States District Judge