IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CARLOS RUBIO, an individual; and   )
MARTA RUBIO, an individual,        )
                                   )
            Plaintiffs,            )   2:09-cv-01743-GEB-EFB
                                   )
        v.                         )   ORDER[*]
                                   )
WAUSAU MORTGAGE CORPORATION, a     )
California corporation; GREENPOINT )
MORTGAGE, INC., a corporation;     )
BROOKSAMERICA MORTGAGE CORPORATION,)
a California corporation;          )
MORTGAGE-IT, INC., a corporation;  )
AURORA LOAN SERVICES, a            )
corporation; INDYMAC FEDERAL BANK; )
WELLS FARGO BANK, FSB; WASHINGTON  )
MUTUAL; and DOES 1-50,             )
                                   )
            Defendants.            )
                                   )
```

On September 17, 2009 Plaintiffs filed a motion for remand of this case to the state court from which it was removed, since the federal claims that were the basis of removal have been dismissed. 28 U.S.C. § 1447(c) prescribes: "If at any time before final judgment it appears that the court lacks subject matter jurisdiction, the case

---

[*] This matter was determined to be suitable for decision without oral argument. E.D. Cal. R. 78-230(h).

1

shall be remanded." Therefore, this case is remanded to the Superior Court of California, County of Solano, from which it was removed.

Dated: October 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge